[No. 38993-2-II.   Division Two.   May 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LYNN BARCKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01565-9, Richard D. Hicks, J., entered February 19, 2009. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 26563-3-III.   Division Three.   May 27, 2010.]

*In the Matter of the Marriage of* EVARISTO JAVIER SANCHEZ, *Respondent*, and LORIE ANN SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-3-50126-3, Vic L. VanderSchoor, J., entered August 22, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 27738-1-III.   Division Three.   May 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALAN MEGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 06-1-00035-6, Christopher E. Culp, J. Pro Tem., entered September 27, 2007. *Remanded* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 27832-8-III.   Division Three.   May 27, 2010.]

DEER CREEK DEVELOPERS, LLC, ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-03456-3, Michael P. Price, J., entered February 3, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ. Now published at 157 Wn. App. 1.